# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

October 25, 2010

M. Regina Thomas, Clerk
United States Bankruptcy Court
Northern District of Georgia
75 Spring Street, Room 1340
Atlanta, Georgia   30303

    Re:    Civil Action No. 1:10-cv-0875-RWS
             Bankruptcy No.  09-94062-JEM

          **Michelle Scott, Debtor**

Dear Ms. Thomas:

    Enclosed please find the bankruptcy record.  Please acknowledge receipt by returning the enclosed copy of this letter.

             Sincerely,

             James N. Hatten
             District Court Executive
             and Clerk of Court

             By:    s/ Pamela Wright
                     Deputy Clerk

Enclosures